FREDERICK W. COON, Appellant, *v.* JAMES A. MILLER, JR., Respondent.

*Coon* v. *Miller*, 159 App. Div. 901, affirmed.
(Argued October 14, 1915; decided October 29, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1913, affirming a judgment in favor of defendant entered upon a verdict in an action to recover upon a promissory note. The defense was that the note was made for the accommodation of the indorser and that it and the original notes, of which it was, in effect, a renewal, were each delivered without consideration and on the express agreement, as to each, that the defendant would never be held liable thereon.

*George H. Taylor, Jr.,* for appellant.

*Emil Goldmark* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.